IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA NET and SUPPLY, INC.,<br><br>    Plaintiff,<br><br>and<br><br>OBI SEAFOODS, INC.,<br><br>    Intervenor-Plaintiff,<br><br>v.<br><br>F/V UNDEFEATED, her engines, tackle, appurtenances, etc., *in rem*,<br><br>    Defendant. | Case No. 3:24-cv-00126-SLG |

## ORDER RE CASE CLOSING FILINGS

Before the Court are several motions and errata filed by Plaintiff Alaska Net and Intervenor-Plaintiff OBI Seafoods.

Based on the Court's review, IT IS ORDERED as follows:

1. Plaintiff's Motion to Amend Judgment and for Attorneys' Fees at Docket 62 is GRANTED for a total amended judgment of $200,000 to Alaska Net.

2. At Docket 64, the parties filed a Joint Unopposed Motion for Disbursement of Funds and Dismissal with Prejudice ("Motion"). The Court having considered the Motion and otherwise being fully informed

of the matter, it is hereby ORDERED, ADJUDGED and DECREED that the motion is hereby GRANTED. The Clerk of the Court is directed to disburse the proceeds of the Marshal sale from the interest-bearing account as stipulated by the parties at Docket 60, with the interest distributed equally between Alaska Net and Supply, Inc. and OBI Seafoods, LLC.

3. The disbursement in the amount of $200,000 payable to Alaska Net shall be withdrawn from the Court Registry Investment System (CRIS) and placed in the registry of the Court for a disbursement to Plaintiff's counsel, Ashburn & Mason, P.C., to place in trust for Plaintiff.

4. This case is DISMISSED with prejudice.

DATED this 30th day of May, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE